# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7488 PSG (MRW) | Date | April 9, 2015 |
|---|---|---|---|
| Title | Duenas v. CDCR | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

     In January 2015, the Court issued an order extending the time by which Petitioner was to (a) file his long-proposed habeas action in state court to exhaust his claims and (b) file proof with this Court that he initiated the state action. (Docket # 36.) The Court gave Petitioner until March 13, 2015, to accomplish both tasks – after granting Petitioner's previous request for a stay of the action in September 2014. (Docket # 31.)

     According to the docket, Petitioner has not filed anything with the Court since his request for an extension of time in January. (Docket # 35.) As a result, Petitioner does not appear to have complied with the Court's previous order requiring him to diligently pursue the state action and provide proof in federal court.

     Therefore, Petitioner is ORDERED to show cause why the action should not be summarily dismissed under Federal Rule of Civil Procedure 41 for failure to prosecute the action or to comply with a Court order. Petitioner must file his response to the Court's OSC <u>and</u> proof of the initiation of his state habeas action by or before <u>May 4</u>, or the action will be terminated.