1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO DUENAS, | Case No. CV 13-7488 PSG (MRW) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered dismissing Grounds 2, 3, 4, 5, 6,
2  7, and 9 in the First Amended Petition.  Respondent shall answer the remaining
3  grounds in the action pursuant to further order of the Magistrate Judge.
4
5
6  DATE: _9/18/15_____    _____
                                    HON. PHILIP S. GUTIERREZ
7                                   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28