# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO DUENAS,<br><br>    Petitioner,<br><br>v.<br><br>SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | Case No. CV 13-7488 PSG (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 6/27/16

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE